**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA RANIERI, ) <br> ) <br> Plaintiff, ) <br> ) <br> -v- ) <br> ) <br> CIR LAW OFFICES, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. SACV11-0614-DOC(CWx) <br><br> ORDER DISMISSING <br> CIVIL ACTION |

The Court having been advised by counsel for the parties that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 45 days, to reopen this action if settlement is not consummated.

DATED: May 10, 2011

_____
DAVID O. CARTER
United States District Judge